IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ARCHER WESTERN – DE MOYA JOINT VENTURE<br><br>      Plaintiff,<br>vs.<br><br>BERKLEY ASSURANCE COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY NKA SWISS RE CORPORATE SOLUTIONS CAPACITY INSURANCE CORPORATION; NATIONAL FIRE & MARINE INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>      Defendants. | Case No. 1:25-cv-21513-JB |

## **NOTICE OF APPEARANCE & EMAIL DESIGNATION**

The undersigned, Bret M. Feldman, Esq. and Gabi Garcia, Esq., of the law firm Phelps Dunbar LLP, hereby file this Notice of Appearance as counsel of record for Defendant, INDIAN HARBOR INSURANCE COMPANY, in the above-captioned case and request service of copies of all pleadings, notices, papers, and other matters filed herein and hereby designate the following electronic mail addresses for service:

    Primary Email(s):                              Bret M. Feldman, Esq.
                                                            bret.feldman@phelps.com

                                                            Gabi Garcia, Esq.
                                                            gabi.garcia@phelps.com

    Secondary Email(s):                           Thomas M. Contois, Esq.
                                                            tom.contois@phelps.com

                                                            Jeanine Delgado – Legal Assistant
                                                           jeanine.delgado@phelps.com

Respectfully submitted this 17th day of April 2025.

**PHELPS DUNBAR LLP**

*/s/ Bret M. Feldman*
Bret M. Feldman, Esq. | FBN 370370
Email: bret.feldman@phelps.com
Gabi Garcia, Esq. | FBN 1032333
Email: gabi.garcia@phelps.com
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602
Telephone: 813 472 7550
Facsimile: 813 472 7570

**PHELPS DUNBAR LLP**
Thomas M. Contois, Esq. (*Pro Hac Vice forthcoming*)
4141 Parklake Avenue, Suite 530
Raleigh, NC 27612
Telephone: (919) 789-5336
Email: tom.contois@phelps.com

***ATTORNEYS FOR DEFENDANT INDIAN HARBOR INSURANCE COMPANY***

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will transmit the foregoing document via e-mail to all counsel.

*/s/ Bret M. Feldman*
Bret M. Feldman